PROB 12(3/88)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -6 AM 8: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Julius Riley                              Docket No. 2:00CR20171-001

## Petition on Probation and Supervised Release

**COMES NOW** Lorin J. Smith, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Julius Riley, who was placed on supervision by the Honorable Julia S. Gibbons, United States District Judge, sitting in the Court at Memphis, Tennessee on the 20th day of August, 2002 who fixed the period of supervision at *two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse treatment and testing as directed by the probation officer.
2. The defendant shall make full financial disclosure as requested by the probation officer.
3. The defendant shall not incur any new financial obligations without the permission of the probation officer.
4. The defendant shall provide third party risk notification as directed by the probation officer.
5. The defendant shall pay restitution in the amount of $4,828.36. (Balance $4,618.36)

*Supervised Release began November 12, 2003. Supervision was revoked and reinstated on October 4, 2004 and ordered to terminate on November 11, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Riley has not completed payment of his court ordered restitution. Mr. Riley collects disability and lives on a limited income. He has for the past year made monthly payments.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Riley's Supervised Release terminate as scheduled on November 11, 2005 with the understanding that the United States Attorney's Office/Financial Litigation Unit will pursue collection of the fine.

**ORDER OF COURT**

Considered and ordered this 2d day of Sept., 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Lorin J. Smith
U.S. Probation Officer

Place: Memphis, Tennessee

Date: August 10, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-9-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:00-CR-20171 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT